1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

11
12
13
14
15
16
17

| | |
|---|---|
| KENNETH STONE, an individual, | CASE NO: 3:24−cv−00502−ART−CLB |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM INSURANCE, and DOES 1-50, inclusive, | |
| Defendants. | |

18
19
20
21
22

    IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff KENNETH STONE, individually and by and through his counsel of record, ERIC ROY, ESQ. and STEPHEN K. LEWIS, ESQ. of ERIC ROY LAW FIRM, that the Parties have agreed to enter into binding arbitration.

23
24
25
26

    IT IS FURTHER STIPULATED that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 3:24−cv−00502−ART−CLB, be dismissed with prejudice in their entirety, with each of the parties to bear their own attorney's fees and costs.

27
///
28

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 17th day of April, 2025.

**MESSNER REEVES, LLP**

 /s/ Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 17th day of April, 2025.

**ERIC ROY LAW FIRM**

 /s/   Stephen K. Lewis
Eric Roy, Esq.
Nevada Bar No. 11869
Stephen K. Lewis, Esq.
Nevada Bar No. 7064
703 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: April 22, 2025